### CROSTHWAIT V. BYINGTON.

1. TAX TITLE: RIGHT OF POSSESSION. Under section 503 of the Code of 1851, the owner and purchaser of lands sold for taxes sustain to each other the relation of mortgagor and mortgagee, and the owner holds the legal title and is entitled to the possession until foreclosure.

*Appeal from Johnson District Court.*

FRIDAY, APRIL 19.

ACTION OF RIGHT. The plaintiff sought to recover the possession of certain real estate which he had purchased at a tax sale. The material facts appear in the opinion of the court.

*Clarke & Davis* for the appellant.

*Le Grand Byington, pro se.*

BALDWIN, J.—The question presented by counsel as to whether the court erred in admitting in evidence a decree of the District Court, without first introducing the pleadings upon which such decree was rendered, becomes immaterial, from the fact that the plaintiff afterwards showed that such decree had been reversed by the Supreme Court. Nor does it become important to consider points made with reference

to the sheriff's deed, as there was no evidence of a sale made under the judgment against Crosthwait.

There is but one question to be disposed of in the case. The defendant at the commencement of this action was in possession of the property in controversy, and claims that he is entitled to the same by virtue of a deed from the treasurer and collector of Johnson County. The deed was executed to him in pursuance of a purchase at a tax sale made by said treasurer for the delinquent taxes for the year 1853. What right passes to the purchaser at a tax sale made under the provisions of section 503 of the Code? The statute declares that such purchaser shall have the *lien* of the tax on the land. If he pays taxes subsequently levied he shall have a like *lien*, &c. The purchaser after six months from such sale may foreclose, &c., *the same as in the case of a foreclosure of a mortgage*; and the decree shall be conclusive as in other cases. See sections 506, 508 of the Code. The owner of lands thus sold has the right to redeem from such sale, at any time before foreclosure, by paying the amount of tax, costs, &c., and *twenty-five* per cent interest thereon to the purchaser. This statute gives to the purchaser the best character of security and the highest rate of interest known to the law for the money expended by him. It creates between the purchaser and the owner the relation of mortgagee and mortgagor; and until foreclosure the right to the possession remains in the owner.

Judgment reversed.